**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

G.M. Sign, Inc.

                        Plaintiff,

v.                                              Case No.: 1:09−cv−01318
                                                Honorable Matthew F. Kennelly

Delta Screw Company, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 27, 2009:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/27/2009. Settlement proposal to be exchanged prior to next hearing. Status hearing set for 9/24/2009 at 9:30 am.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.