IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) Plaintiff, ) v. ) ) DELTA SCREW COMPANY, INC., ) ) Defendant. ) | No. 09 CV 1318<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Maria Valdez |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

Plaintiff, G.M. Sign, Inc., through its undersigned attorneys, individually, hereby moves to voluntarily dismiss this action, with prejudice, pursuant to settlement. In support, Plaintiff states the following:

1. Plaintiff filed this lawsuit as a putative class action, alleging among other things that Defendant violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 by sending unsolicited advertisements via facsimile to Plaintiff and a number of other persons.

2. The parties have determined that it is in their mutual best interests to settle and resolve all disputes between them and have agreed to dismiss this action.

3. No class was certified and Plaintiff is settling this case with Defendant solely in its individual capacity and not as a representative of the class.

WHEREFORE, Plaintiff, G.M. Sign, Inc. respectfully requests this Court to dismiss this case, with prejudice, pursuant to settlement, each party to bear its own costs.

                                                                                   s/Deborah S. Bussert
                                                                                    One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca<br>Deborah S. Bussert<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL 60008<br>Telephone: 847/368-1500 | Phillip A. Bock<br>BOCK & HATCH, LLC<br>134 N. LaSalle Street, Suite 1000<br>Chicago, IL 60602<br>Telephone: 312/658-5500 |