UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

G.M. Sign, Inc.
                    Plaintiff,

v.                                      Case No.: 1:09−cv−01318
                                      Honorable Matthew F. Kennelly

Delta Screw Company, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 23, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Plaintiff's Motion to voluntarily dismiss [52] is granted. The case is voluntarily dismissed with prejudice pursuant to settlement. No appearance is necessary on 6/25/2010. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.